# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  22-2972
_____

Fabrizio Guzzo

Petitioner - Appellee

v.

Erica Anne Hansen

Respondent - Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-00015-PLC)
_____

**JUDGMENT**

Before BENTON, MELLOY, and GRASZ, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

December 05, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

      /s/ Michael E. Gans