# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2972

Fabrizio Guzzo

Appellee

v.

Erica Anne Hansen

Appellant

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-00015-PLC)

---

## MANDATE

In accordance with the opinion and judgment of December 5, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 23, 2024

Clerk, U.S. Court of Appeals, Eighth Circuit